UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN OROZCO, *individually and on behalf of others similarly situated* <br><br> **Plaintiff,** <br><br> v. <br><br><br> **ELI TIMBERLAND TREE SERVICE LLC, ELI SANIDI,** <br><br> **Defendants.** | Civ. No. 2:24-cv-7045 (WJM) <br><br><br><br> **ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

    This matter comes before the Court on the motion of Plaintiff Juan Orozco ("Plaintiff") for approval of the parties' Settlement Agreement attached to Plaintiff's motion, ECF No. 25. For the reasons set forth in the accompanying opinion, and for good cause shown,

    IT IS on this 11th day of August 2025, **ORDERED** that Plaintiff's motion for approval of the settlement agreement is **granted**;

    **IT IS FURTHER ORDERED** that this action is dismissed with prejudice; and

    **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

                                                                                                    WILLIAM J. MARTINI, U.S.D.J.